UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| IN RE: | ) | CASE NO: 13-44654-659 |
|---|---|---|
| ROGER H VILLARREAL | ) | Chapter 13 |
| | ) | |
| | ) | Response Due: 05/26/2016 |
| | ) | Hearing: 06/02/2016  11:00 am |
| **Debtor** | ) | Location: St. Louis, Room 7 North |

TRUSTEE'S MOTION TO DISMISS FOR LACK OF FEASIBILITY OF THE
CHAPTER 13 PLAN AND NOTICE

**PLEASE TAKE NOTICE:** The Motion herein is scheduled for hearing at the date and time shown above.

**WARNING: Any response or objection must be filed with the Court by May 26, 2016.  A copy must be promptly served upon the undersigned.  Failure to file a timely response may result in the Court granting the relief requested prior to the hearing date.**

   **COMES NOW** John V. LaBarge, Jr., Standing Chapter 13 Trustee in Bankruptcy, and for his Motion to Dismiss states as follows:

1.   Debtor's plan will not pay secured creditors the fair market value of their collateral during the proposed plan term.  1325 (a)(5)(B)(ii)
2.   Debtor's plan will not pay priority creditors in full.
3.   Debtor's plan will not have enough funds to pay attorney fees.
   **WHEREFORE** the Trustee prays the Court enter its order dismissing this Chapter 13 case.

Dated: April 28, 2016

MTDFEAS--GV

/s/ John V. LaBarge, Jr.
John V. LaBarge, Jr.
Standing Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143
(314) 781-8100  Fax: (314) 781-8881
trust33@ch13stl.com

CERTIFICATE OF SERVICE

   The undersigned hereby certifies that a copy of the foregoing was served upon the following either through the Court's ECF system or by regular mail this day of April 28, 2016.

/s/ John V. LaBarge, Jr.
John V. LaBarge, Jr., Chapter 13 Trustee

ROGER H VILLARREAL  LAW OFFICES OF SEAN C PAUL
3445 ILLINOIS AVE  8917 GRAVOIS RD
SAINT LOUIS, MO  63118  ST LOUIS, MO  63123

CREDITOR INFORMATION

| CREDITOR | CLAIM AMOUNT | PRINCIPAL OWED |
|---|---:|---:|
| LAW OFFICES OF SEAN C PAUL | $1,501.00 | $0.00 |
| ROGER H VILLARREAL | $0.00 | $0.00 |
| LAW OFFICES OF SEAN C PAUL | $2,000.00 | $2,000.00 |
| MO DEPT OF REVENUE | $35.11 | $35.11 |
| COLLECTOR OF REVENUE | $2,266.78 | $132.50 |
| METRO ST LOUIS SEWER DISTRICT | $320.92 | $35.74 |
| FIA CARD SVCS NA | $3,076.92 | $3,076.92 |
| SALLIE MAE INC | $30,459.26 | $30,459.26 |
| PORTFOLIO RECOVERY ASSOC LLC | $690.86 | $690.86 |
| CAPITAL RECOVERY V LLC | $7,108.87 | $7,108.87 |
| DEPT STORES NAT'L BANK/MACYS | $834.17 | $834.17 |
| ST ALEXIUS HOSPITAL | $130.00 | $130.00 |
| AMERICAN INFOSOURCE LP | $3,378.84 | $3,378.84 |
| CAVALRY SPV I LLC | $482.06 | $482.06 |
| MO DEPT OF REVENUE | $8.50 | $8.50 |